**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6188**

———————

NATHANIEL SMITH THURSTON, JR.,

Petitioner - Appellant,

versus

MICKEY RAY; UNITED STATES ATTORNEY,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District Judge.
(CA-00-20-3-24BC)

———————

Submitted:  March 22, 2001              Decided:  March 30, 2001

———————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nathaniel Smith Thurston, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel Smith Thurston, Jr., appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Thurston v. Ray, No. CA-00-20-3-24BC (D.S.C. filed Jan. 11, 2001; entered Jan. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED